United States Bankruptcy Court
Eastern District of Pennsylvania

Sheppard,
    Plaintiff                                 Adv. Proc. No. 16-00355-amc

US BANK NATIONAL ASSOCIATION,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Jennifer      Page 1 of 1      Date Rcvd: Oct 20, 2016
                    Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.
```
ust            +BRENDA D. GISH,   Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla            +George Linton Sheppard,   2256 Washington Lane,   Huntingdon Valley, PA 19006-5826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 21 2016 01:44:37     Frederic J. Baker,
                 Office of United States Trustee,   833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 21 2016 01:44:37     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 21 2016 01:44:38     United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 21 2016 01:44:37     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                             TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0

B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                               Bankruptcy No. 15-17697
    George Linton Sheppard
        Debtor

George Linton Sheppard
        Plaintiff                                     Adversary No. 16-355

US BANK NATIONAL ASSOCIATION,
As Trustee for GSR Mortgage Loan Trust 2005-AR4
WELLS FARGO BANK, N.A.
Phelan Hallinan Diamond & Jones, LLP
Stevens & Lee, P.C.
All Persons Unknown Claiming Any Legal Or Equitable Right,
Title, Estate, Lien or Interest in the Property
Does 1-10
Roe Corporations 1-10, inclusive
U.S. BANK NATIONAL ASSOCIATION,
As Trustee for GSR Mortgage Loan Trust 2005-AR4
        Defendant

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due 11/19/2016.

    Address of Clerk                                         U.S. Bankruptcy Court
                                                             Robert N.C. Nix Building
                                                             900 Market Street, Suite 400
                                                             Philadelphia PA  19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
    Name/Address of Plaintiff's Attorney                     George Linton Sheppard, Pro Se
                                                             2256 Washington Lane
                                                             Huntingdon Valley, PA 19006

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

10/20/2016

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: /s/ Jennifer Griffin
Deputy Clerk

Bankruptcy No. 15-17697        Adversary No. 16-355

## CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                              Signature

Print Name        _____

Business Address  _____

City, State, Zip  _____