# BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| GEORGE LINTON SHEPPARD, | : CHAPTER 7 |
| Debtor. | : No 15-17697-amc |
| GEORGE LINTON SHEPPARD, | : |
| Plaintiff, | : Adversary No. 16-00355-amc |
| v. | : |
| U.S. BANK, N.A., WELLS FARGO BANK N.A., STEVENS & LEE, P.C.; PHELAN HALLINAN DIAMOND & JONES, LLP, et al, | : |
| Defendants. | : |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Defendant Phelan Hallinan Diamond & Jones, LLP has filed with the Court a Motion to Dismiss All Claims Asserted against it in the Adversary Complaint pursuant to FRCP 12(b)(1) and (b)(6) and FRBP 7012 (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this matter. (If you do not have an attorney, you may wish to consult one of your choosing.)

1.    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before February 3, 2017 (pursuant to your agreement with Phelan), you or your attorney must do both of the following:

    (a)    File an answer explaining your position with:

        Clerk, US Bankruptcy Court
        Robert N. C. Nix, Sr. Federal Courthouse

6037196 v1

900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to Phelan's attorney at:

Kenneth S. Goodkind, Esquire
Flaster Greenberg, PC
1810 Chapel Avenue West
Cherry Hill, NJ 08002

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

2.    A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on February 15, 2017 at 11:00 am in Courtroom 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania.

3.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer or if the date has changed.

FLASTER GREENBERG, P.C.

Dated: December 21, 2016        By: */s/ Kenneth S. Goodkind*
                                Kenneth S. Goodkind, Esquire
                                1810 Chapel Avenue West
                                Cherry Hill, NJ 08002
                                Telephone: (856) 661-2273
                                Facsimile: (856) 661-1919
                                E-mail: ken.goodkind@flastergreenberg.com
                                Attorneys for Defendants,
                                Phelan Hallinan Diamond & Jones, LLP