## BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| GEORGE LINTON SHEPPARD, | : CHAPTER 7 |
| | : |
| Debtor. | : No 15-17697-amc |
| | : |
| GEORGE LINTON SHEPPARD, | : |
| | : Adversary No. 16-00355-amc |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| U.S. BANK, N.A., WELLS FARGO BANK N.A., | : |
| STEVENS & LEE, P.C.; PHELAN HALLINAN | : |
| DIAMOND & JONES, LLP, | : |
| et al, | : |
| | : |
| Defendants. | : |
| | : |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Defendant Phelan Hallinan Diamond & Jones, LLP has filed with the Court a Motion to

Dismiss All Claims Asserted against it in the Adversary Complaint pursuant to FRCP 12(b)(1) and

(b)(6) and FRBP 7012 (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with

your attorney, if you have one in this matter. (If you do not have an attorney, you may wish to

consult one of your choosing.)

1.      If you do not want the Court to grant the relief sought in the Motion or if you want

the Court to consider your views on the Motion, then on or before February 3, 2017 (pursuant to

your agreement with Phelan), you or your attorney must do both of the following:

(a)      File an answer explaining your position with:

Clerk, US Bankruptcy Court
Robert N. C. Nix, Sr. Federal Courthouse

900 Market Street, Suite 400
Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early

enough so that it will be received on or before the date stated above; and

      (b)    mail a copy to Phelan's attorney at:

      Kenneth S. Goodkind, Esquire
      Flaster Greenberg, PC
      1810 Chapel Avenue West
      Cherry Hill, NJ  08002

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above

and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

2.    A hearing on the Motion is scheduled to be held before the Honorable Ashely M.

Chan on February 15, 2017 at 11:00 am in Courtroom 5, United States Bankruptcy Court, 900

Market Street, Philadelphia, Pennsylvania.

3.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to

you if you request a copy from the attorney named in paragraph 1(b).

4.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out

whether the hearing has been canceled because no one filed an answer or if the date has changed.

FLASTER GREENBERG, P.C.

Dated: December 21, 2016        By: */s/ Kenneth S. Goodkind*
                    Kenneth S. Goodkind, Esquire
                    1810 Chapel Avenue West
                    Cherry Hill, NJ 08002
                    Telephone: (856) 661-2273
                    Facsimile: (856) 661-1919
                    E-mail: ken.goodkind@flastergreenberg.com
                    Attorneys for Defendants,
                    Phelan Hallinan Diamond & Jones, LLP