UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 7 |
| | : | |
| GEORGE LINTON SHEPPARD, | : | |
| | : | Bankruptcy No. 15-17697-AMC |
| DEBTOR | : | |
| _____ | : | |
| | : | |
| GEORGE LINTON SHEPPARD, | : | |
| | : | |
| PLAINTIFF | : | |
| | : | Adv. Proc. No. 16-355-AMC |
| V. | : | |
| | : | |
| U.S. BANK NATIONAL | : | |
| ASSOCIATION, AS TRUSTEE FOR | : | |
| GSR MORTGAGE LOAN TRUST | : | |
| 2005-AR4; US BANK NATIONAL | : | |
| ASSOCIATION, AS TRUSTEE FOR | : | |
| [OR ON BEHALF OF] GSR | : | |
| MORTGAGE LOAN TRUST 2005-AR4; | : | |
| WELLS FARGO BANK, N.A.; PHELAN | : | |
| HALLINAN DIAMOND & JONES, | : | |
| LLP; STEVENS & LEE, P.C.; ALL | : | |
| PERSONS UNKNOWN CLAIMING | : | |
| ANY LEGAL OR EQUITABLE RIGHT, | : | |
| TITLE, ESTATE, LIEN OR INTEREST | : | |
| IN THE PROPERTY DESCRIBED IN | : | |
| THE COMPLAINT ADVERSE TO | : | |
| PLAINTIFF'S TITLE THERETO; | : | |
| DOES 1–10; AND ROE | : | |
| CORPORATIONS 1–10, INCLUSIVE, | : | |
| | : | |
| | : | |
| DEFENDANTS. | : | |
| _____ | : | |

Ashely M. Chan, United States Bankruptcy Judge

## ORDER

AND NOW, this 4th day of April 2017, for the reasons given in the accompanying Opinion, it is hereby ordered that:

- 1 -

1. Judgment is entered in favor of the defendants, U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2004-AR4; US Bank National Association, as Trustee for [or on Behalf of] GSR Mortgage Loan Trust 2005-AR4; Wells Fargo Bank, N.A.; Phelan Hallinan Diamond & Jones, LLP; and Stevens & Lee, P.C., in connection with the motions to dismiss filed in this case.

2. The debtor/plaintiff, George Linton Sheppard's complaint is dismissed with prejudice.

Date: April 4, 2017

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge