UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET - SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

May 16, 2017

Telephone
(215) 408-2800

Re:  George Linton Sheppard
     *Debtor*

Bankruptcy No. <u>15-17697 amc</u>

George Linton Sheppard
     *Plaintiff*

Adversary No. <u>16-355 amc</u>

v.

Civil Action No. <u>17-1902</u>

U.S. Bank National Association, As Trustee For GSR Mortgage Loan Trust 2005-AR4 ;   US Bank National Association, As Trustee For [or, On Behalf Of] GSR Mortgage Loan Trust 2005-AR4 ;   Wells Fargo Bank, N.A. ;  Phelan Hallinan Diamond & Jones, LLP ;  Stevens & Lee, P.C. ; All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest  In the Property Described In The Complaint Adverse To Plaintiff's Title Thereto ;  Does 1-10 ;  And Roe Corporations 1-10, inclusive
     *Defendants*

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with certified copy of docket entries:

   ( ) Certificate of Appeal from Order.
       Notice of Appeal filing fee    ( ) paid    ( ) not paid

       (X) Designation of Record on Appeal filed.
       ( ) Designation of Record on Appeal not filed.

   ( ) Supplemental Certificate of Appeal.

   ( ) Motion for Leave to Appeal filed.
       ( ) Answer to Motion filed.

   (X) Other:  Record on Appeal.

   Kindly acknowledge receipt on the copy of the letter provided.

                              For the Court

                              Timothy B. McGrath
                              Clerk

                              By: John Barbetta
                              Deputy Clerk

_____

Received Above material or record tile this _____ day of _____ , 2017.

Civil Action No. _____17-1902_____     Signature:_____

Miscellaneous No. _____     Date:_____

Assigned to Judge ____Jones____                                    BFL5.frm2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | George Linton Sheppard<br>*Debtor* | Bankruptcy No. 15-17697 amc |
| | | Adversary No. 16-00355 amc |
| | George Linton Sheppard<br>*Plaintiff*<br>v. | Civil Action No. 17-1902 |
| | U.S. Bank National Association, As Trustee For GSR Mortgage Loan Trust 2005-AR4 ; US Bank National Association, As Trustee For [or, On Behalf Of] GSR Mortgage Loan Trust 2005-AR4 ; Wells Fargo Bank, N.A. ; Phelan Hallinan Diamond & Jones, LLP ; Stevens & Lee, P.C. ; All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest In the Property Described In The Complaint Adverse To Plaintiff's Title Thereto ; Does 1-10 ; And Roe Corporations 1-10, inclusive<br>*Defendants* | |

APPELLANT:  George Linton Sheppard

CERTIFICATE OF APPEAL FROM ORDER OF BANKRUPTCY JUDGE
DATED 4/04/2017 AND ENTERED ON THE DOCKET 4/04/2017

Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia PA  19107-4299

Timothy B. McGrath
Clerk

Parties/Counsel of Record:

George Linton Sheppard
2256 Washington Lane
Huntingdon Valley, PA 19006
*Appellant/ Plaintiff*

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*United States Trustee*

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street, Suite 750 West
Philadelphia, PA 19106
*Chapter 7 Trustee*

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street, Suite 280 South
Philadelphia, PA 19106
*Chapter 7 Trustee*

Steven J. Adams
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
*Counsel for Appellees/ Defendants:*
*U.S. Bank National Association, As Trustee For GSR Mortgage Loan Trust 2005-AR4; US Bank National Association, As Trustee For [or, On Behalf Of] GSR Mortgage Loan Trust 2005-AR4; Wells Fargo Bank, N.A.; Stevens & Lee, P.C.*

**Christine M. Kovan**
**Stevens & Lee, PC**
**620 Freedom Business Center, Suite 200**
**King of Prussia, PA 19406**
*Counsel for Appellees/ Defendants:*
*U.S. Bank National Association, As Trustee For GSR Mortgage Loan Trust 2005-AR4; US Bank National Association, As Trustee For [or, On Behalf Of] GSR Mortgage Loan Trust 2005-AR4; Wells Fargo Bank, N.A.; Stevens & Lee, P.C.*


**Kenneth S. Goodkind**
**Flaster Greenberg P.C.**
**1810 Chapel Avenue West**
**Cherry Hill, NJ 08002**
*Counsel for Appellee/ Defendant*
*Phelan Hallinan Diamond & Jones, LLP*


**Damien Nicholas Tancredi**
**Flaster Greenberg P.C.**
**1835 Market Street, Suite 1050**
**Philadelphia, PA 19103**
*Counsel for Appellee/ Defendant*
*Phelan Hallinan Diamond & Jones, LLP*

bfcoa.frm4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

**George Linton Sheppard**
*Debtor*

Bankruptcy No. **15-17697** amc

Adversary No. **16-00355** amc

**George Linton Sheppard**
*Plaintiff*
v.

Civil Action No. **17-1902**

**U.S. Bank National Association, As Trustee For GSR Mortgage Loan Trust 2005-AR4 ;   US Bank National Association, As Trustee For [or, On Behalf Of] GSR Mortgage Loan Trust 2005-AR4 ;   Wells Fargo Bank, N.A. ;   Phelan Hallinan Diamond & Jones, LLP ;   Stevens & Lee, P.C. ;   All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest  In the Property Described In The Complaint Adverse To Plaintiff's Title Thereto ;   Does 1-10 ;   And Roe Corporations 1-10, inclusive**
*Defendants*

### CERTIFICATE OF APPEAL FROM ORDER OF BANKRUPTCY JUDGE
### DATED 4/04/2017 AND ENTERED ON THE DOCKET 4/04/2017

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith forward the above appeal and certify that the above proceeding was properly before the Honorable Ashely M. Chan, Bankruptcy Judge, and transmit herewith the following documents.

5-18-17
Date

Timothy B. McGrath
Clerk

## INDEX OF RECORD ON APPEAL

| | |
|---|---|
| Notice of Appeal of Order by the Honorable Ashely M. Chan dated 4/04/2017 and entered on the docket 4/04/2017. | 1. |
| Copy of Order and Opinion by the Honorable Ashely M. Chan dated 4/04/2017 and entered on the docket 4/04/2017. | 2. |
| Certified copy of docket for Adversary case 16-00355. | 3. |
| Certified copy of docket for Bankruptcy case 15-17697. | 4. |
| Appellant's Designation of Record and Statement of Issues to be Presented on Appeal. | 5. |
| Adversary case 16-00355. Complaint by George Linton Sheppard against US BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., et al. | 6. |
| Motion to Extend time to Time to Respond to Complaint Filed by Stevens & Lee, P.C., U.S. BANK NATIONAL ASSOCIATION, US BANK NATIONAL ASSOCIATION, WELLS FARGO BANK. | 7. |
| Order granting 12 Motion to Extend Time to Respond to Complaint. | 8. |
| Motion to Extend time to Respond to Complaint filed by Phelan Hallinan Diamond & Jones, LLP | 9. |
| Order granting 15 Motion to Extend Time to Respond to Complaint. | 10. |
| Motion to Dismiss Adversary Proceeding *Pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6) and Fed. R. Bankr. P. 7012* Filed by Stevens & Lee, P.C., U.S. BANK NATIONAL ASSOCIATION, US BANK NATIONAL ASSOCIATION AND WELLS FARGO BANK, N.A. | 11. |

| | |
|---|---|
| Notice of (related document(s): 23 Motion to Dismiss Adversary Proceeding *Pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6) and Fed. R. Bankr. P. 7012)* Filed by Stevens & Lee, P.C., U.S. BANK NATIONAL ASSOCIATION, US BANK NATIONAL ASSOCIATION AND WELLS FARGO BANK, N.A. | 12. |
| Motion to Dismiss Party Filed by Phelan Hallinan Diamond & Jones, LLP *(Memorandum Of Law Of Motion Of Phelan Hallinan Diamond & Jones, LLP To Dismiss The Complaint With Prejudice)* | 13. |
| Uncontested Motion For Extension Of Time Of Plaintiff To Respond to the Motion To Dismiss The Adversary Complaint Of Plaintiffs by Certain Defendants Filed by George Linton Sheppard. | 14. |
| Order granting 28 Uncontested Motion for Extension of Time for Plaintiff to Respond to the Motion to Dismiss the Adversary Complaint. | 15. |
| Objection to (related document(s) 23) Motion to Dismiss Adversary Proceeding Filed by Defendants Stevens & Lee P.C., Wells Fargo Bank N.A., U.S. Bank National Association. Objection filed by Pro Se Plaintiff George Linton Sheppard | 16. |
| Objection to 26 Motion to Dismiss Party Filed by Phelan Hallinan Diamond & Jones LLP. Objection filed by Plaintiff George Linton Sheppard. | 17. |
| Memorandum in Support of Motion to Dismiss Adversary Complaint filed by CHRISTINE M. KOVAN on behalf of Stevens & Lee, P.C., U.S. BANK NATIONAL ASSOCIATION, US BANK NATIONAL ASSOCIATION, AND WELLS FARGO BANK, N.A. (related document(s) 23). *(Reply Memorandum)* | 18. |
| Transcript of Hearing held before the Bankruptcy Court and concluded on (related document(s) 23) Motion to Dismiss Adversary Proceeding Pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6) and Fed. R. Bankr. P. 7012 Filed by Defendants Stevens & Lee, P.C., U.S. Bank National Association, US Bank National Association and Wells Fargo Bank, N.A.    **(Not part of court record)** | -- |
| Transcript of Hearing held before the Bankruptcy Court and concluded on (related document(s) 26) Motion to Dismiss Filed by Defendant Phelan Hallinan Diamond & Jones LLP.    **(Not part of court record)** | -- |

| | | |
|---|---|---|
| 19. | Opinion. For the foregoing reasons, the Dismissal Motions are hereby granted and the Complaint is dismissed with prejudice. | |
| 20. | Order. For the reasons given in the accompanying Opinion (related document(s) 40), it is hereby Ordered that judgment is entered in favor of the defendants in connection with the Motions to Dismiss filed in this case (related document(s) 23, 26). The debtor/plaintiff George Linton Sheppard's complaint is dismissed with prejudice. | |
| 21. | Motion To Alter Or Amend Judgment. Filed by George Linton Sheppard. | |
| 22. | Order Denying 44 Motion To Alter Or Amend Judgment Filed by Plaintiff/Debtor George Linton Sheppard. The Motion is denied based upon Debtor's failure to comply with Local Bankruptcy Rules. | |